UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

    Plaintiff,

v.

BANDWIDTH INC.,

    Defendant.

Case No.  26-cv-11464

Honorable Matthew F. Leitman
United States District Judge

Honorable Curtis Ivy, Jr.
United States Magistrate Judge

_____

**PLAINTIFF'S NOTICE OF**
**PARTIAL RESTORATION OF TELEPHONE SERVICE**

Plaintiff Mark W. Dobronski, appearing *in propria persona*, submits this brief Notice to update the Court regarding material developments occurring after Plaintiff's previously filed supplement in support of his Motion for Temporary Restraining Order.

1. Plaintiff filed this action and his Motion for Temporary Restraining Order on May 4, 2026, because Plaintiff's residential telephone numbers were impaired and were not reliably receiving incoming calls.

2. Plaintiff filed a supplement on May 6, 2026, advising the Court that Anveo had informed Plaintiff that the carrier had changed the trouble-ticket status to "Resolved" and closed the ticket, even though Plaintiff's numbers remained impaired at that time.

1

3.     The trouble-ticket record provided to Plaintiff further confirms that the issue was marked "Resolved" despite Anveo's own inquiry to the upstream carrier questioning why the ticket was being closed and why Anveo's questions were not being answered, when Plaintiff still had not been able to receive calls to his numbers. Plaintiff's Second Supplemental Declaration is attached as Exhibit 1, and a redacted screenshot of the ticket record is attached as Exhibit 2.

4.     Circumstances have now partially changed. On the morning of May 7, 2026, at approximately 10:30 a.m. Eastern Daylight Time, inbound telephone service to Plaintiff's 12 Number, 24 Number, and 00 Number was restored.

5.     Plaintiff did not receive any announcement, explanation, written confirmation, or technical description explaining why those three numbers had been impaired, what was done to restore them, or whether any block, adverse analytics treatment, or similar designation remains associated with those numbers.

6.     Plaintiff's 22 Number remains impaired. Callers to the 22 Number continue to receive the recorded warning that the number they are calling has been identified as likely a scam and that it is recommended that they hang up.

7.     Plaintiff submits this Notice so the Court has an accurate and current record before today's conference on Plaintiff's Motion for Temporary Restraining Order. Plaintiff does not contend that nothing has changed. Rather, Plaintiff respectfully advises the Court that the emergency has narrowed, but it has not disappeared.

8.     Plaintiff therefore maintains that temporary relief remains necessary, at minimum, to require:

a.     Immediate removal of the adverse "likely scam" recording, label, block, or treatment from Plaintiff's 22 Number;

b.     Confirmation that Plaintiff's 12 Number, 24 Number, and 00 Number are no longer subject to any terminating-side block, adverse analytics treatment, or similar designation;

c.     Preservation of all records concerning the impairment, trouble-ticket closure, partial restoration, and continuing treatment of the 22 Number; and

d.     Disclosure of sufficient information to identify what caused the impairment, when it was applied, who or what applied it, and what was done to restore service to three of the four numbers.

9.     Plaintiff respectfully maintains that his Motion for Temporary Restraining Order is narrowed but not moot.

                                        Respectfully submitted,

Dated: May 8, 2026                     _____
                                        Mark W. Dobronski
                                        Post Office Box 99
                                        Dexter, Michigan 48130-0099
                                        (734) 641-2300
                                        markdobronski@yahoo.com
                                        Plaintiff *In Propria Persona*

3

## CERTIFICATE OF SERVICE

I certify that on May 8, 2026, I electronically filed the foregoing *Plaintiff's Notice of Partial Restoration of Telephone Service* using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record. Further, I certify that I served a copy by electronic mail, upon Bandwidth's counsel: Amy E. Richardson, email: arichardson@hwglaw.com and Rachel E. Grossman, email: rgrossman@hwglaw.com.

_____

Mark W. Dobronski