# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

        Plaintiff,

v.

BANDWIDTH INC.,

        Defendant.

Case No.  26-cv-11464

Honorable Matthew F. Leitman
United States District Judge

Honorable Curtis Ivy, Jr.
United States Magistrate Judge

---

**SECOND SUPPLEMENTAL DECLARATION
OF MARK W. DOBRONSKI**

I, Mark W. Dobronski, under penalty of perjury declare as follows:

1.     I am the Plaintiff in this action. I have personal knowledge of the facts stated in this Second Supplemental Declaration, and, if called as a witness, I could and would testify competently to them.

2.     I filed this action and moved for temporary restraining relief on May 4, 2026, because my residential telephone numbers were impaired and were not reliably receiving incoming calls.

3.     On May 6, 2026, I filed a supplement advising the Court that Anveo had informed me that the carrier had changed the trouble-ticket status to "Resolved" and closed the ticket, even though my telephone numbers remained impaired at that time.

4.     I have since obtained or received a screenshot of the relevant ticket record showing that Anveo questioned why the ticket was being closed and why Anveo's questions were not being answered, when I still had not been able to receive calls to my numbers for more than two weeks.

5.     A true and accurate copy of that screenshot is attached to Plaintiff's

1

Notice as Exhibit 2. The screenshot has been redacted only to remove full telephone numbers and any information Plaintiff does not need to place on the public docket.

6.     On the morning of May 7, 2026, at approximately 10:30 a.m. Eastern Daylight Time, inbound telephone service to my 12 Number, 24 Number, and 00 Number was restored.

7.     I did not receive any announcement, explanation, written confirmation, or technical description explaining why those three numbers had been impaired, what was done to restore them, or whether any block, adverse analytics treatment, or similar designation remains associated with those numbers.

8.     My 22 Number remains impaired.

9.     Callers to my 22 Number continue to hear the recorded warning that the number they are calling has been identified as likely a scam and that it is recommended that they hang up.

10.    As of the time of this Second Supplemental Declaration, my 22 Number remains impaired, I continue to be injured by that impairment, and I still lack any explanation, assurance, or confirmation that the impairment of my other three numbers will not recur.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 8, 2026.

_____
Mark W. Dobronski

2