IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

    Plaintiff,

v.

    Case No. 2:26-cv-11464-MFL-CI

BANDWIDTH INC.,

    Defendant.

## DECLARATION OF CATHERINE R. FAY
## REGARDING MOTION FOR
## TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I, Catherine R. Fay, declare:

1.    I am Team Lead, Voice Fraud at Bandwidth Inc., a position I have held for 3 years and 10 months. In that capacity, among other things, I am responsible for implementing network-level rules on telephone numbers.

2.    I understand that litigation has been filed by Mark W. Dobronski against Bandwidth Inc. in relation to several telephone numbers, including the "22 Number," which I understand refers to ▮▮▮▮▮▮.

3.    At no time has Bandwidth Inc. placed a block on the 22 Number.

4.    At no time has Bandwidth Inc. implemented a rule that would cause a prerecorded message to be played when a call is placed to the 22 Number.

5.    I declare under penalty of perjury that the foregoing is true and correct.

Executed this May 8, 2026.

_Catherine R. Fay_
Catherine R. Fay