# EXHIBIT 2

| 4/27/2026 2:07:36 PM by Ilya | This is what I got from our carrier |
|---|---|
| | Hey Iiya, |
| | We have reviewed the issue and confirmed that the impacted TNs are currently being blocked by a network-level compliance rule on the terminating side. |
| | As a result, inbound calls to these numbers are not completing. |
| | If you would like this restriction to be reviewed further, we can engage your CSM to assist with the process. Please let us know if you would like us to proceed. |
| | I asked to continue |