UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

        Plaintiff,                                Case No. 26-cv-11464

v.                                       Hon. Matthew F. Leitman

BANDWIDTH, INC.,

        Defendant.

_____/

## ORDER DENYING (1) PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER (ECF No. 2) AND (2) PLAINTIFF'S REQUEST FOR EXPEDITED DISCOVERY

On July 8, 2026, the Court held a hearing on Plaintiff Mark Dobronski's motion for a temporary restraining order. (*See* Mot., ECF No. 2.)  For the reasons explained on the record during the motion hearing, the motion is **DENIED**.  In addition, for the reasons stated on the record, Dobronski's request for expedited discovery is **DENIED**.

      **IT IS SO ORDERED.**

                                  s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
                                  UNITED STATES DISTRICT JUDGE

Dated:  July 8, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 8, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126