UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

Plaintiff,

Case No. 26-cv-11464
Hon. Matthew F. Leitman

v.

BANDWIDTH INC.,

Defendant.

______________________________________________________________________/

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS (ECF No. 18)**

On October 6, 2026, the Court held a hearing on Defendant Bandwidth Inc.'s motion to dismiss. (*See* Mot., ECF No. 18.) For the reasons explained on the record during the motion hearing, **IT IS HEREBY ORDERED** as follows:

- Defendant's motion to dismiss is **GRANTED** with respect to the claims in Counts One, Five, Seven, Eight, and Nine.
- Defendant's motion to dismiss is **DENIED** with respect to the claims in Counts Two, Three, Six, and Ten.
- With respect to Count Four, the relief requested by Plaintiff in paragraph 293 of the complaint is **DISMISSED**. (*See* Compl. at ¶¶ 293, ECF No. 1, PageID.41.) Plaintiff may proceed with the remainder of the claim.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 6, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 6, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126